**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**KIMISUE HIPP**                                                                                     **PLAINTIFF**

v.                                    **CASE NO. 1:13CV00026 BSM**

**PATRICK R. DONAHOE et al.**                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 14th day of January 2014.

_____
UNITED STATES DISTRICT JUDGE